UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
                            **Plaintiff,**

*ex rel.*
**CORINA HERBOLD, f/k/a Corina Duffy,**
                            **Relator,**

                      v.                    Case No. 8:15-cv-1044-T-33-AEP

**DOCTOR'S CHOICE HOME CARE, INC.,**
**TIMOTHY T. BEACH, and**
**STUART C. CHRISTENSEN,**
                            **Defendants.**
_____/

**UNOPPOSED MOTION TO REMOVE FORMER MEDIATOR FROM SERVICE LIST**

      The Court previously appointed Janice Symchych to mediate, among other things, the United States' substantive FCA claims against the Defendants. See Dkt. 126. Those issues are now settled, see Dkt. 144, and the Court has appointed Chris Griffin to mediate the remaining issue of Relator's share. See Dkt. 150.

      Ms. Symchych continues to receive hard copy notifications of filings from the Clerk of Court and has thus asked the undersigned to convey to the Court her request to be removed from the service list in this case. The Clerk of Court has advised a written motion is required to effect that removal.

Dated: November 5, 2020            By:    */s Charles T. Harden III*
                                                                CHARLES T. HARDEN III
                                                               Assistant United States Attorney
                                                               400 North Tampa Street, Suite 3200
                                                               Tampa, Florida 33602

            Tel: (813) 274-6096
            Fax: (813) 274-6200
            Email: Charles.Harden@usdoj.gov

## **LOCAL RULE CERTIFICATION**

  I HEREBY CERTIFY that I conferred with counsel for the Relator, who advises that Relator does not object to the relief requested herein. Further, as noted above, the former mediator (to be removed) has requested this relief.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that this day I filed this document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

  I FURTHER CERTIFY that this day I sent a copy of this document via electronic mail to:

Janice Symchych
JAMS
333 S. 7th Street, Suite 2550
Minneapolis, MN 55402
jsymchych@jamsadr.com (Mediator)
afoster@jamsadr.com (Case Coordinator)

         By: */s Charles T. Harden III*
            CHARLES T. HARDEN III